petition for writs of mandamus and prohibition also denied.

No. 585, Misc.   IN RE ABERNATHY.   Motion for leave to file petition for writ of habeas corpus denied.

No. 587, Misc.   IN RE STEIMLE.   Treating the application in this case as a motion for leave to file a petition for an original writ of habeas corpus, leave to file is denied. THE CHIEF JUSTICE, MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, and MR. JUSTICE BURTON are of the opinion that there is want of jurisdiction.   U. S. Constitution, Article III, § 2, Clause 2; see *Ex parte Betz* and companion cases, all 329 U. S. 672 (1946); *Milch* v. *United States,* 332 U. S. 789 (1947); *Brandt* v. *United States,* 333 U. S. 836 (1948); *In re Eichel,* 333 U. S. 865 (1948); *Everett* v. *Truman,* 334 U. S. 824 (1948).   MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE are of the opinion that argument should be heard on the motion for leave to file the petition in order to settle what remedy, if any, the petitioner has.   MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 591, Misc.   TOMPSETT v. OHIO ET AL.   Motion for leave to file petition for writ of habeas corpus denied.

No. 592, Misc.   IN RE RYAN.   Application denied.

*Certiorari Granted.*

No. 694.   COLGATE-PALMOLIVE-PEET Co. v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   Certiorari granted limited to the question of the construction of § 8 (3) of the National Labor Relations Act of 1935 [49 Stat. 449, 29 U. S. C. § 158 (3)] in relation to this